UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Yesenia Esther Mendoza-Gomez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj8138 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 09830293 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Margarita Miranda-Morales # 09890293
aka: Margarita Corona-Miranda    (on Bond)

DATED: 7/24/08

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
           Deputy Clerk

**10.**