FILED
JUL 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2455-DMS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| YESENIA ESTHER MENDOZA-GOMEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about July 12, 2008, within the Southern District of California, defendant YESENIA ESTHER MENDOZA-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Margarita Miranda-Morales, aka Margarita Corona-Miranda, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of

//
//
//
//

CJB:es:San Diego
7/15/08

Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: July 24, 2008.

KAREN P. HEWITT
United States Attorney

for KARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
7/15/08

2